_____

No. 96-2058

_____

Dennis Lee, and all other                *
automobile insurance policy              *
holders/members of Arkansas              *
Farm Bureau Mutual Insurance             *
Company of Arkansas, Inc., and           *
Southern Farm Bureau Casualty            *
Insurance Company,                       *
                                         *
          Plaintiff/Appellant,           *
                                         *
Arkansas Farm Bureau Mutual              *
Insurance Company of Arkansas,           *
Inc., Members/Holders of Auto-           *
mobile Insurance Policies;               *
Southern Farm Bureau Casualty            *
Insurance Company, Members/              *
Holders of Automobile Insurance          *
Policies,                                *
                                         *
          Plaintiffs,                    *
                                         *
     v.                                  *
                                         *
Arkansas Farm Bureau Federation,*
An Incorporated Entity or,               *
Alternatively, AR Farm Bureau            *
Federation, An Unincorporated            *
Association - Andrew Whisenhunt,*
                                         *
          Defendant/Appellee.            *

_____

No. 96-2180

_____

Dennis Lee, and all other                *
automobile insurance policy              *
holders/members of Arkansas              *
Farm Bureau Insurance Company            *
of Arkansas, Inc., and Southern          *
Farm Bureau;                             *
                                         *
          Plaintiff/Appellee,            *
                                         *
Arkansas Farm Bureau Mutual              *
Insurance Company of Arkansas,           *
Inc., Members/Holders of Auto-           *
mobile Insurance Policies;               *

Appeals from the United States
District Court for the
Western District of Arkansas.

[UNPUBLISHED]

```
Southern Farm Bureau Casualty      *
Insurance Company, Members/         *
Holders of Automobile Insurance     *
Policies,                           *
                                    *
            Plaintiffs,             *
                                    *
      v.                            *
                                    *
Arkansas Farm Bureau Federation,*
An Incorporated Entity or,          *
Alternatively, AR Farm Bureau       *
Federation, An Unincorporated       *
Association - Andrew Whisenhunt,*
                                    *
            Defendant/Appellant.    *
```

Submitted:  January 15, 1997

Filed:  February 6, 1997

Before BOWMAN, MURPHY, Circuit Judges, and JONES,[1] District Judge.

PER CURIAM.

Appellant brought this action with allegations Appellee committed violations of the Racketeer Influenced and Corrupt Organization Act ("RICO"), 18 U.S.C. § 1962(a),(c), and (d) in the operation of the Arkansas Farm Bureau Federation. The district court[2] granted summary judgment to Appellee. After a careful review of the record and the parties' briefs, we conclude the judgment of the district court was correct. Accordingly, we affirm. *See* 8th Cir. R. 47B. The Cross-Appeal is dismissed as moot.

A true copy.

      Attest:

            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE JOHN B. JONES, United States District Judge for the District of South Dakota, sitting by designation.

[2]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, El Dorado Division.